UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CRAIG LESLIE JACOBSEN,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>MICHAEL DOUGLAS, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:16-cv-00489-MMD-PAL<br><br>**ORDER**<br><br>(Initiating Docs. – Dkt. #1) |

This matter is before the Court on Plaintiff Craig Leslie Jacobsen's Initiating Documents (Dkt. #1), filed March 4, 2016. The Initiating Documents are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-9 of the Local Rules of Practice.

Mr. Jacobsen is a prisoner in the custody of the Maricopa County Sherriff's Office at the 4th Avenue Jail in Phoenix, Arizona. He and is proceeding in this action *pro se*, which means that he is not represented by an attorney. *See* LSR 2-1. Mr. Jacobsen submitted a Complaint (Dkt. #1) as part of his initiating documents, but did not pay the $400.00 filing fee or submit an application to proceed *in forma pauperis* ("IFP"). In order to proceed in this action without paying the standard filing fee, LSR 1-1 and 28 U.S.C. § 1915 provide that a litigant must submit the Court's form IFP application. Additionally, LSR 1-2 and § 1915 specifically require three items be submitted to this Court with a prisoner's IFP application: (1) a financial certificate signed by an authorized officer of the institution in which he or she is incarcerated, (2) a copy of his or her inmate trust account statement for the six-month period prior to filing, and (3) a signed financial affidavit showing an inability to prepay fees and costs or give security for them.

Accordingly,

**IT IS ORDERED:**

1. The Clerk of Court shall retain Plaintiff Craig Leslie Jacobsen's Complaint (Dkt. #1).

1

2. The Clerk of the Court shall mail Plaintiff a blank form Application to Proceed *in Forma Pauperis* for incarcerated litigants with instructions.

3. Plaintiff shall have until **April 22, 2016**, to file the Application to Proceed *in Forma Pauperis*, accompanied by a signed and executed financial certificate, a signed and executed financial affidavit, and a statement of his inmate trust account.

4. Alternatively, Plaintiff shall pay the filing fee of four hundred dollars ($400.00), accompanied by a copy of this Order, on or before **April 22, 2016**.

5. Plaintiff's failure to comply with this Order by (a) submitting an Application to Proceed *In Forma Pauperis*, or (b) paying the filing fee before the **April 22, 2016** deadline will result in a recommendation to the District Judge that this case be dismissed.

Dated this 25th day of March, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE