AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**\*\*\*\*** DISTRICT OF   NEVADA

CRAIG L. JACOBSEN,

    Plaintiff,

v.

MICHAEL DOUGLAS, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  2:16-cv-00489-MMD-PAL

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Complaint (ECF No. 1) is denied with prejudice.

April 4, 2017

**DEBRA K. KEMPI**
Clerk

 /s/ K. Rusin
Deputy Clerk